**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

TRAVIS BEARDEN,

                Plaintiff,

      vs.

CITY OF OCEAN SHORES, WA and KURTIS
DINGLER as Personal Representative for the
Estate of CRYSTAL DINGLER,

                Defendants.

NO.  3:21-cv-5035-BHS

**STIPULATION & STIPULATED MOTION FOR ENTRY OF JUDGMENT FOR PLAINTIFF, PREVAILING PARTY STATUS AND ENTITLEMENT TO ATTORNEYS' FEES AND COSTS**

Plaintiff Travis Bearden and Defendants City of Ocean Shores and the Estate of Crystal Dingler, through their respective counsel, stipulate and hereby move this Court for an order consistent with these stipulations as follows: (1) judgment should be entered in favor of Plaintiff against Defendant City of Ocean Shores on Mr. Bearden's claims under 38 U.S.C. §§ 4311 and 4316 (Counts 2, 3,  4, and 5 in the Amended Complaint) in the amount of $207,322 which reflects the amount of paid military leave, prejudgment interest, and adverse tax consequences for leave years beginning October 1, 2020 and ending September 30, 2026, and which includes any amounts that have been or will be paid to Mr. Bearden for military leave after his return to city employment in April 2026 for the 2025-2026 leave

**STIPULATED MOTION AND ORDER FOR ENTRY OF**
**JUDGMENT ON LIABILITY, PREVAILING PARTY STATUS**
**AND ENTITLEMENT TO ATTORNEYS' FEES AND COSTS - 1**

year[1]; (2) Mr. Bearden is the prevailing party on those claims; (3) Plaintiff's claims against the Estate of Crystal Dinger will be dismissed with prejudice upon the City satisfying the Judgment; (4) Mr. Bearden is entitled to reasonable attorney's fees, litigation expenses (including expert witness fees) and costs on his claims to be determined by the Court on motion to be filed on or after May 1, 2026 and no later than June 15th, 2026; (5) none of the Defendants are entitled to attorneys' fees, expenses or costs; (6) Mr. Bearden acknowledges and agrees that he will not seek paid military leave under RCW 38.40.060 after his cumulative military service exceeds five years (not including service that is exempt pursuant under 38 USC §4312(c));  (6) all pending deadlines should be vacated; and (7) Plaintiff and the City will promptly advise the Court if they have reached a resolution of the issue of attorney's fees, expenses and/or costs.

Dated this 30th day of April, 2026.

**Attorney for Defendants:**

LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.

/s/      *Elizabeth McIntyre*
Elizabeth A. McIntyre, WSBA No. 25671
Attorney for Defendants
P.O. Box 11880
Olympia, WA 98508-1880
Telephone:  (360) 754-3480
Fax:  (360) 357-3511
email: emcintyre@lldkb.com

---

[1] Mr. Bearden returned to City employment as of April 6, 2026 and went back on military leave on April 15, 2026 after working one shift. In accordance with RCW 38.40.060, the City will pay Mr. Bearden for military leave which amount will be deducted from the $207,322, as that amount includes the full 21 days of military leave for the 2025-2026 leave year.

**STIPULATED MOTION AND ORDER FOR ENTRY OF**
**JUDGMENT ON LIABILITY, PREVAILING PARTY STATUS**
**AND ENTITLEMENT TO ATTORNEYS' FEES AND COSTS - 2**

**Attorneys for Plaintiff:**

JOHN T. LAW, PLLC

/s/ *John M. Tymczyszyn*
John M. Tymczyszyn, WSBA No. 47130
John T. Law, PLLC
700 112th Ave NE, Suite 300
Bellevue, WA 98004
JohnT@JohnTLaw.com

LAW OFFICE OF THOMAS G. JARRARD, PLLC
*/s/ Thomas G. Jarrard*
Thomas G. Jarrard, WSBA No. 39774
Law Office of Thomas G. Jarrard, PLLC
1020 N. Washington Street
Spokane, WA 99201
TJarrard@att.net

THE BARTON LAW FIRM LLP
*[authorization by Jarrard and Tymczyszyn/*
R. Joseph Barton, (*pro hac vice*)
The Barton Firm LLP
1633 Connecticut Ave., Ste. 200
Washington, DC 20009
jbarton@thebartonfirm.com

**STIPULATED MOTION AND ORDER FOR ENTRY OF
JUDGMENT ON LIABILITY, PREVAILING PARTY STATUS
AND ENTITLEMENT TO ATTORNEYS' FEES AND COSTS - 3**

**ORDER**

The matter having come before this Court on the parties' Stipulated Motion for Entry of Judgment on liability, prevailing party status, and entitlement to attorneys' fees and costs in the above-entitled cause; and it appearing to the Court, after examining the stipulated motion and pleadings filed in the cause, that the Motion should be granted; therefore,

IT IS ORDERED that the motion is GRANTED and finds or directs as follows:

1. The Clerk is directed to enter Judgment in favor of Plaintiff and against Defendant City of Ocean Shores (the "City") as to liability on Plaintiff's claims brought under 38 U.S.C. §§ 4311 and 4316 (Counts 2, 3, 4 and 5 in the Amended Complaint) in the amount of $207,322 inclusive of any military leave paid to Plaintiff following his April 2026 return to work;

2. Plaintiff is the only prevailing party in this matter and is entitled to reasonable attorney's fees, litigation expenses, and costs against the City in an amount to be determined by the Court;

3. No Defendant in this matter is entitled to attorneys' fees, expenses, or costs.

4. Plaintiff will not be entitled to paid military leave pursuant to RCW 38.40.060 from the City of Ocean Shores once his cumulative military service during his employment with the City of Ocean Shores exceeds five years (excluding period of service exempt under 38 USC §4312(c)).

5. Plaintiff will file his motion attorneys' fees, expenses, and any bill of costs by June 15th, 2026;

6. Effective upon the filing of the Satisfaction of Judgment, all claims against the Estate of Crystal Dinger will be dismissed with prejudice;

7. All deadlines contained in the Order Setting Trial and Pretrial Dates (ECF Dkt. 60) are hereby vacated;

**STIPULATED MOTION AND ORDER FOR ENTRY OF
JUDGMENT ON LIABILITY, PREVAILING PARTY STATUS
AND ENTITLEMENT TO ATTORNEYS' FEES AND COSTS - 4**

8.      Plaintiff and the City will promptly advise the Court if they have reached a resolution of the issue of attorney's fees, expenses and/or costs.

Dated this 1st day of May, 2026.

_____
BENJAMIN H. SETTLE
United States District Judge

**STIPULATED MOTION AND ORDER FOR ENTRY OF**
**JUDGMENT ON LIABILITY, PREVAILING PARTY STATUS**
**AND ENTITLEMENT TO ATTORNEYS' FEES AND COSTS - 5**